# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 20-cv-00383

**Republic Technologies (NA), LLC and Sream, Inc.**            Plaintiff

vs.

**Lee International LLC d/b/a 2 Live Smoke Shop and Candace Lee**            Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Alias Summons & Complaint For Injunctive Relief and Damages**

| | |
|---|---|
| PARTY SERVED: | **LEE INTERNATIONAL LLC D/B/A 2 LIVE SMOKE SHOP** |
| PERSON SERVED: | **CANDACE LEE, OWNER** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service. |
| DATE & TIME OF DELIVERY: | **06/27/2020 at 9:15 AM** |
| ADDRESS, CITY AND STATE: | **30 BRIAR ST. #10B, GLEN ELLYN, IL 60137** |
| DESCRIPTION: | Race: **Black**  Sex: **Female**  Age: **27**  Height: **5'7"**  Weight: **140**  Hair: **Brown**  Glasses: **No** |

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 6/29/2020.

Signature: _Craig Palmer_
Craig Palmer
Registration No: 117-001119

CLIENT: **Langone, Johnson & Cassidy, LLC**
FILE #:

Job #: **439755**