# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Sream, Inc., Republic Technologies (NA), LLC,

Plaintiff(s),

v.

Lee International, LLC , Candace Lee,

Defendant(s).

Case No. 20-cv-383
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Sream, Inc., Republic Technologies (NA), LLC
and against defendant(s) Lee International, LLC , Candace Lee
in the amount of $30,664.10 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion for default judgment.

Date: 10/21/2020

Thomas G. Bruton, Clerk of Court

Carmen Acevedo, Deputy Clerk